216 U.S. 615 (1910)
MISSOURI, KANSAS & TEXAS RAILWAY COMPANY
v.
HOLLAN.
No. 161.
Supreme Court of United States.
Motion to dismiss or affirm submitted March 14, 1910.
Decided March 21, 1910.
ERROR TO THE COURT OF CIVIL APPEALS FOR THE FIFTH SUPREME JUDICIAL DISTRICT OF THE STATE OF TEXAS.
Mr. James Hagerman, Mr. J.M. Bryson, and Mr. Cecil H. Smith for the plaintiff in error.
Mr. C.B. Randell and Mr. Judson H. Wood for the defendant in error.
Per Curiam.
Dismissed for the want of jurisdiction.